**DISMISS and Opinion Filed November 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01353-CV

### IN THE INTEREST OF S.J.C.F., A CHILD

**On Appeal from the County Court at Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 96437CC**

## MEMORANDUM OPINION
Before Justices Francis, Stoddart, and Schenck
Opinion by Justice Francis

Before the Court is appellant's motion to dismiss the appeal. The motion was filed after we questioned our jurisdiction over the appeal as it was filed before final trial, and no appealable interlocutory order appeared to have been signed. *See Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840 (Tex. 2007) ("Appellate courts have jurisdiction to consider immediate appeals of interlocutory orders only if a statute explicitly provides such jurisdiction."); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) ("[T]he general rule, with a few mostly statutory exceptions, is that an appeal may be taken only from a final judgment."). In the motion, appellant acknowledges the Court lacks jurisdiction over the appeal. Accordingly, we grant the motion. We dismiss appellant's pending motion for extension of time to file docketing statement and the appeal. *See* TEX. R. APP. P. 42.3(a).

/Molly Francis/
MOLLY FRANCIS
JUSTICE

181353F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF S.J.C.F., A CHILD

No. 05-18-01353-CV

On Appeal from the County Court At Law No. 1, Kaufman County, Texas
Trial Court Cause No. 96437cc.
Opinion delivered by Justice Francis, Justices Stoddart and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered November 30, 2018.